

# SEALED

Office of the United States Attorney
District of Nevada
501 Las Vegas Boulevard South,
Suite 1100
Las Vegas, Nevada 89101
(702) 388-6336

JASON M. FRIERSON
United States Attorney
District of Nevada
Nevada Bar Number 7709
BIANCA R. PUCCI
Nevada Bar Number 16129
Assistant United States Attorney
501 Las Vegas Blvd. South, Ste. 1100
Las Vegas, Nevada 89101
Phone: (702) 388-5080
Email: Bianca.Pucci@usdoj.gov
Attorneys for the United States

FILED.
DATED: 1:07 pm, January 06, 2023
U.S. MAGISTRATE JUDGE

## UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 2:23-mj-00012-BNW |
| Plaintiff, | **Application to Seal** |
| vs. | (Under Seal) |
| ADRIAN ISAIAH QUEBEC, | |
| Defendant. | |

The United States of America, by and through Jason M. Frierson, United States Attorney, and Bianca R. Pucci, Assistant United States Attorney, respectfully move this Honorable Court for an Order sealing the Complaint, Probable Cause Affidavit, Arrest Warrant, AO257, this Application, and the Court's Sealing Order, in the above-captioned matter, until such time as this Honorable Court, or another Court of competent jurisdiction, shall order otherwise.

Pursuant to LR IA 10-5, the Government requests that the accompanying Complaint in this case be filed under seal. *See generally*, Fed. R. Crim. P. 6(e)(4) (permitting for the sealing of an indictment); *State of Arizona v. Maypenny*, 672 F.2d 761, 765 (9th Cir. 1982) (supporting the sealing of a search warrant when there is reasonable cause to believe that providing immediate

1

notification may have adverse results); *Matter of Sealed Affidavit(s) to Search Warrants*, 600 F.2d 1256 (9th Cir. 1979) (same); *In re Braughton*, 520 F.2d 765, 766 (9th Cir. 1975) (same). In this case, such an order would be appropriate because the Complaint and Affidavit relate to an ongoing criminal investigation into violations of 18 U.S.C. §§ 922(g)(1) and 924(a)(2) (*Felon in Possession of a Firearm*) that is not public and its disclosure may alert the target to the ongoing investigation and pending arrest warrant.

Public disclosure of the information in the Complaint might possibly jeopardize the investigation because Defendant Adrian Isaiah Quebec is not yet in custody. Quebec is unaware federal charges are being sought against him. If he were to learn of the charges via an unsealed Complaint, he may take evasive measures or destroy potential evidence, or both. Defendant Quebec's knowledge that an arrest warrant has been issued against him may also increase risks to law enforcement in apprehending him. Accordingly, there is reason to believe that disclosure of the information will jeopardize the investigation, including by giving him an opportunity to flee, destroy or tamper with evidence, change patterns of behavior, or notify confederates.

DATED this 5th day of January, 2023.

Respectfully submitted,

JASON M. FRIERSON
United States Attorney

*Bianca R. Pucci*

BIANCA PUCCI
Assistant United States Attorney

FILED.

DATED: 1:07 pm, January 06, 2023

U.S. MAGISTRATE JUDGE

# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 2:23-mj-00012-BNW |
| Plaintiff, | **ORDER TO SEAL** |
| vs. | (Under Seal) |
| ADRIAN ISAIAH QUEBEC, | |
| Defendant. | |

Based on the pending Application of the Government, and good cause appearing therefore, **IT IS HEREBY ORDERED** that the Complaint, the Probable Cause Affidavit, Arrest Warrant, AO257, the Government's Application, and this Court's Sealing Order, in the above-captioned matter shall be sealed until further Order of the Court.

DATED this __6th__ day of January, 2023.

_____
HONORABLE BRENDA N. WEKSLER
UNITED STATES MAGISTRATE JUDGE

3