RENE L. VALLADARES
Federal Public Defender
State Bar No. 11479
HEATHER FRALEY
Assistant Federal Public Defender
411 E. Bonneville, Ste. 250
Las Vegas, Nevada 89101
(702) 388-6577/Phone
(702) 388-6261/Fax
Heather_Fraley@fd.org

Attorney for Adrian Isaiah Quebec

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 2:23-mj-00012-BNW |
| Plaintiff, | **STIPULATION TO CONTINUE PRELIMINARY HEARING** |
| v. | (First Request) |
| ADRIAN ISAIAH QUEBEC, | |
| Defendant. | |

IT IS HEREBY STIPULATED AND AGREED, by and between Jason M. Frierson, United States Attorney, and Bianca R. Pucci, Assistant United States Attorney, counsel for the United States of America, and Rene L. Valladares, Federal Public Defender, and Heather Fraley, Assistant Federal Public Defender, counsel for Adrian Isaiah Quebec, that the Preliminary Hearing currently scheduled on January 23, 2023, be vacated and continued to a date and time convenient to the Court, but no sooner than ninety (90) days.

This Stipulation is entered into for the following reasons:

1. The parties are currently involved in negotiations to resolve this matter pre-indictment. If this case ultimately does go to preliminary hearing or trial, the parties need additional time to review discovery and effectively prepare for the hearing or trial.

2. The defendant is not in custody and agrees with the need for the continuance.

3. The parties agree to the continuance.

4. Additionally, denial of this request for continuance could result in a miscarriage of justice.

5. The additional time requested herein is not sought for purposes of delay, but to allow parties to negotiate.

6. The additional time requested by this stipulation, is allowed, with the defendant's consent under the Federal Rules of Procedure 5.1 (d).

7. The additional time requested by this stipulation is excludable in computing the time within which the defendant must be indicted and the trial herein must commence pursuant to the Speedy Trial Act, 18 U.S.C. §§ 3161(b) and 3161(h)(7)(A), considering the factors under 18 U.S.C. § 3161(h)(7)(B)(i) and (iv).

This is the first request for a continuance of the preliminary hearing.

DATED this 13th day of January 2023.

RENE L. VALLADARES  
Federal Public Defender

 /s/ Heather Fraley  
By_____  
HEATHER FRALEY  
Assistant Federal Public Defender

JASON M. FRIERSON  
United States Attorney

 /s/ Bianca R. Pucci  
By_____  
BIANCA R. PUCCI  
Assistant United States Attorney

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>    v.<br><br>ADRIAN ISAIAH QUEBEC,<br><br>    Defendant. | Case No. 2:23-mj-00012-BNW<br><br>**ORDER** |

IT IS THEREFORE ORDERED that the preliminary hearing currently scheduled for Monday, January 23, 2023 at 1:30 p.m. be vacated and continued to April 24, 2023 at 2:30 p.m.

DATED: January 18, 2023.

_____
UNITED STATES MAGISTRATE JUDGE